# EXHIBIT E

**EXHIBIT E:  U.S. PATENT NO. 11,874,131 INFRINGEMENT CLAIM CHART BASED ON APPLE CARPLAY[1]**

| Claim 1 | Accused Vehicles Using Apple CarPlay |
|---|---|
| **[1P]** An in-vehicle computer system, comprising: | The preamble is presumptively not limiting.  To the extent the preamble is limiting, the Accused Vehicles include an in-vehicle computer system as described below. |
| **[1.1]** a display mounted to a vehicle; and | (*CarPlay*, APPLE, https://www.apple.com/ios/carplay/) |

[1] The evidence of infringement identified in the below chart is exemplary and nonlimiting.  Nortrup reserves the right to rely on additional and/or alternative aspects of the Accused Vehicles during this litigation for the purpose of establishing infringement.

1

| | |
|---|---|
| | ## What is CarPlay?<br><br>CarPlay is a smarter and safer way to use your iPhone in the car, allowing you to stay focused on the road. When you connect your iPhone to CarPlay, you can get turn-by-turn directions, make calls, send and receive messages, listen to music, and more.<br><br>With iOS 13 and later, the CarPlay Dashboard brings a simpler view of the road ahead. The dashboard gives you a single place to keep track of Maps, audio controls, and Siri Suggestions, which provide easy access to things like your Calendar events. You can even use the dashboard to take control of your HomeKit accessories, like door openers.<br><br>Make sure that your country or region supports CarPlay and that your car supports CarPlay. If you're unsure whether your car supports CarPlay, contact the vehicle manufacturer.<br><br>(*Use CarPlay with your iPhone*, APPLE, https://support.apple.com/en-us/108415) |
| **[1.2]** a computer mounted to said vehicle and configured to receive user input comprising at least a command of a destination; |  |

2

And just as a recap...

and this is basically how CarPlay works today. You might have already seen this before. The Communication plug-in serves as the main interface between your system and iPhone. It delivers video and audio content, and accepts user input from the vehicle. In a typical CarPlay configuration, that means iPhone provides a single video stream which is then handed to your system to decode and composite before it's displayed on the screen. Easy! Now... if we look at the next generation of CarPlay UI and everything that it shows, we might need couple more things.

(*Meet the Next Generation of CarPlay Architecture*, APPLE (2024), *available at* https://developer.apple.com/videos/play/wwdc2024/10111/)

## Use your vehicle's built-in controls to control CarPlay

CarPlay works with your vehicle's built-in controls—for example, a touchscreen, a rotary knob, or a touchpad. To learn how to operate your display, see the owner's guide that came with your vehicle. (You can also use Siri to control CarPlay.)

- *Open an app:* Tap the app on the touchscreen, or turn the rotary knob to select the app, then press the knob.

- *Switch between CarPlay Dashboard and CarPlay Home:* CarPlay Dashboard displays several items you likely want to view or control, such as driving directions, audio playback, and suggestions from Siri. CarPlay Home shows all your CarPlay apps organized into pages.

(*Use Your Vehicle's Built-In Controls to Control CarPlay*, APPLE, https://support.apple.com/guide/iphone/use-your-vehicles-built-in-controls-iph5f6b2beb5/ios.)

3

## Get turn-by-turn directions with CarPlay

Use Siri or open Maps to get turn-by-turn directions, traffic conditions, and estimated travel time (not available in all regions).

*Note:* To get directions, iPhone must be connected to the internet, and Location Services must be on.

(*Get Turn-by-Turn Directions with CarPlay*, APPLE, https://support.apple.com/guide/iphone/get-turn-by-turn-directions-iph215b053f6/ios)

### Maps
### Let your iPhone show you the way.

The power and simplicity of Apple Maps is available in your car. CarPlay can predict where you're going using addresses from your email, text messages, contacts, and calendars. And with the detailed city experience, you can explore cities with unprecedented detail for roads, neighborhoods, trees, buildings, and more. Visit amazing 3D landmarks like the Golden Gate Bridge in both the day and dark mode maps. One-tap access to your go-to and must-see destinations also helps you find more to see and do when you get there — whether you're searching for points of interest, driving to a favorite restaurant, or looking for nearby gas stations.

4



(*CarPlay*, APPLE, https://www.apple.com/ios/carplay/)

**Driving**

Maps gives you at-a-glance information to make every drive a good one. Route planning provides ETAs for future departures based on expected traffic. As you drive, you see real-time traffic, current speed limits, and nearby speed cameras. Turn lanes, bike, bus, and taxi lanes, medians, and crosswalks are displayed in incredible detail. When you approach a complex intersection, Maps switches to a 3D road-level perspective to simplify what's ahead. Lane guidance prepares you for turns and exits, so you can avoid wrong turns and missed exits. If you drive an electric vehicle, Maps can assess your charge level, elevation, and compatible charging stops along your route.[1]

(*Maps*, APPLE, https://www.apple.com/maps/)



(*Google Maps Platform[:] Create Efficient and Optimized Routes*, GOOGLE, https://mapsplatform.google.com/maps-products/routes/)

6



(*Waze[:] Get Real-Time Traffic Alerts from Fellow Drivers and Riders*, WAZE, https://www.waze.com/waze/)

7

| | |
|---|---|
| **[1.3]** said computer being configured to communicate with a cell phone, said cell phone being separate from said computer and said vehicle, |  |

8



(*Developing CarPlay Systems*, Part 1, APPLE (2016), *available at* https://developer.apple.com/videos/play/wwdc2016/722/?time=813)

9

| | |
|---|---|
| | **Set up CarPlay**<br><br>1. Start your car, then make sure that Siri is on.<br><br>2. Connect your iPhone to your car:<br><br>    ○ If your car supports CarPlay with a USB cable, plug your iPhone into the USB port in your car. The USB port might be labeled with a CarPlay icon or a smartphone icon. Be sure to use an Apple Lightning to USB cable.<br><br>    ○ If your car supports CarPlay both wirelessly and with a USB cable, plug your iPhone into the USB port in your car. An alert on your iPhone will offer to connect you wirelessly on your next drives.<br><br>    ○ If your car supports only wireless CarPlay, press and hold the voice command button on your steering wheel. Make sure that your stereo is in wireless or Bluetooth mode. Then on your iPhone, go to Settings > Wi-Fi, and make sure that Wi-Fi is also turned on. Tap the Info button ⓘ for your CarPlay network, and check that Auto-Join is turned on. Then, go to Settings > General > CarPlay, and select your car. Check your car manual for more information.<br><br>Learn more about CarPlay and how to change the map view in CarPlay.<br><br>Learn more about the USB-C to Lightning Adapter and how to connect your iPhone with a USB-C connector to CarPlay.<br><br>(*Use CarPlay with your iPhone*, APPLE, https://support.apple.com/en-us/108415) |
| **[1.4]** said computer being configured to cause said cell phone to transmit a self-determined location of said cell phone and a destination signal based on said user input over a cellular network to a networked computer facility; thereby causing said cell phone to receive map data from said networked computer facility over said cellular network, wherein said | **Use Maps on iPhone**<br><br>You can get travel directions using the Maps app, the Maps widget, Siri, CarPlay, or other devices. You can also get them on your Mac before you leave.<br><br>**Important:** To get directions, iPhone must be connected to the internet, and Precise Location must be turned on. Cellular data rates may apply (see View or change cellular data settings). |

10

| map data indicates said self-determined location of said cell phone, a route from said self-determined location to said destination, and traffic conditions along said route based on location signals sent to said networked computer facility from other cell phones; and | **Get directions using CarPlay, your Mac, or your Apple Watch**<br><br>In addition to using your iPhone, you can also get directions from the following:<br><br>• *Your car:* After you connect your iPhone to CarPlay, you can use CarPlay to get driving directions, estimate your arrival time, and more. See Get turn-by-turn directions with CarPlay.<br><br>(*Use Maps on iPhone*, APPLE, https://support.apple.com/en-tm/guide/iphone/iph02f94fc1c/ios)<br><br>**Turn Location Services and GPS on or off on your iPhone, iPad, or iPod touch**<br><br>Learn how to turn Location Services and GPS on or off for individual apps.<br><br>**How to give apps permission to use your location**<br><br>Some apps might not work unless you turn on Location Services.[1] The first time an app needs to access your Location Services information, you'll get a notification asking for permission. Choose one of these options:<br><br>• Tap Allow to let the app use Location Services information as needed.<br>• Tap Don't Allow to prevent access.[2]<br>• Tap Ask Next Time Or When I Share to choose Always While Using App, Allow Once, or Don't Allow.<br><br>iOS and iPadOS devices might use Wi-Fi and Bluetooth to determine your location. GPS and cellular location are available on iPhone and iPad (Wi-Fi + Cellular) models.<br><br>(*Turn Location Services and GPS On or Off on your iPhone, iPad, or iPod Touch*, APPLE, https://support.apple.com/en-us/102647) |

11

**Driving**

Maps gives you at-a-glance information to make every drive a good one. Route planning provides ETAs for future departures based on expected traffic. As you drive, you see real-time traffic, current speed limits, and nearby speed cameras. Turn lanes, bike, bus, and taxi lanes, medians, and crosswalks are displayed in incredible detail. When you approach a complex intersection, Maps switches to a 3D road-level perspective to simplify what's ahead. Lane guidance prepares you for turns and exits, so you can avoid wrong turns and missed exits. If you drive an electric vehicle, Maps can assess your charge level, elevation, and compatible charging stops along your route.[1]

(*Maps*, APPLE, https://www.apple.com/maps/)



(*Google Maps Platform[:] Create Efficient and Optimized Routes*, GOOGLE, https://mapsplatform.google.com/maps-products/routes/)

12



(*Waze[:] Get Real-Time Traffic Alerts from Fellow Drivers and Riders*, WAZE,
https://www.waze.com/waze/)

13

| | |
|---|---|
| | (*CarPlay Audio and Navigation Apps*, APPLE (2018), https://developer.apple.com/videos/play/wwdc2018/213/) |
| | By enabling Location Services, location-based system services such as these will also be enabled: |
| | • Routing and Traffic: While you are in transit (for example, walking or driving), your iPhone will periodically send GPS data, travel speed and direction, and barometric pressure information in an anonymous and encrypted form to Apple, to be used for augmenting crowd-sourced road traffic, roadway, pedestrian walkway, and atmospheric correction databases. Additionally, when you open an app near a point of interest (for example, a business or park) your iPhone will send location data in an anonymous and encrypted form to Apple which Apple may aggregate and use to let users know if that point of interest is open and how busy it is. |
| | The crowd-sourced location data gathered by Apple does not personally identify you. |
| | By enabling Location Services for your devices, you agree and consent to the transmission, collection, maintenance, processing, and use of your location data and location search queries by Apple and its partners and licensees to provide and improve location-based and road traffic-based products and services. |
| | (*Legal[:] Location Services & Privacy*, APPLE, https://www.apple.com/legal/privacy/data/en/location-services/) |

14

## How does Google use location information?

How Google uses location information varies, depending on the service or feature being used and people's device and account settings. Here are some key ways Google may use location information.

**To make experiences useful**

Google may use or save location information to provide people with useful services when they interact with Google products, such as providing locally relevant and faster search results, traffic predictions for people's daily commutes, and suggestions that take into account a person's context. For example, someone searching for movie times will likely want to see movies at theaters in their neighborhood, not in another city. In Google Maps, location information helps people find their place on a map and navigate to places they'd like to visit.

(*How Google Uses Location Information*, Google, https://policies.google.com/technologies/location-data)

**Live traffic, powered by drivers all around the world**

When people navigate with Google Maps, aggregate location data can be used to understand traffic conditions on roads all over the world. But while this information helps you find *current* traffic estimates —whether or not a traffic jam will affect your drive *right now*—it doesn't account for what traffic will look like 10, 20, or even 50 minutes into your journey. This is where technology really comes into play.

**Predicting traffic with advanced machine learning techniques, and a little bit of history**

To predict what traffic will look like in the near future, Google Maps analyzes historical traffic patterns for roads over time. For example, one pattern may show that the 280 freeway in Northern California typically has vehicles traveling at a speed of 65mph between 6-7am, but only at 15-20mph in the late afternoon. We then combine this database of historical traffic patterns with live traffic conditions, using machine learning to generate predictions based on both sets of data.

15

(Johann Lau, *Google Maps 101: How AI Helps Predict Traffic and Determine Routes*, GOOGLE (2020), *available at* https://blog.google/products/maps/google-maps-101-how-ai-helps-predict-traffic-and-determine-routes/)

## Snap to Roads



Send feedback

The Roads API takes up to 100 GPS points collected along a route, and returns a similar set of data, with the points snapped to the most likely roads the vehicle was traveling along. Optionally, you can request that the points be interpolated, resulting in a path that smoothly follows the geometry of the road.

(*Snap to Roads*, GOOGLE, https://developers.google.com/maps/documentation/roads/snap)

Waze traffic data consists of the following information:

1. **General information:** time-stamp of the file, geographic area from which the data was retrieved, etc.
2. **Traffic alerts:** traffic incidents reported by users.
3. **Traffic jams:** traffic slowdown information generated by the service based on a user's location and speed.
4. **Unusual Traffic (Irregularities):** alerts and traffic jams that affect an exceptionally large number of users.

Waze generates traffic jam information by processing the following data sources:

- GPS location-points sent from user phones (users who drive while using the app) and calculations of the current average speed vs. free-flow speed (maximum speed measured on the road-segment). For Unusual traffic (irregularities) Waze uses historic average speeds (on 30 minute time-slots).

16

> Waze maps provide information about specific routes to assist motorists in avoiding traffic jams. Our maps and traffic are dynamically updated by a continually expanding network of drivers worldwide.
>
> We provide information about traffic jams and events that affect road conditions, either from drivers using Waze, a.k.a. Wazers, or from external sources. Wazers may issue reports from the location at which they are currently located or, if no longer at the location, within 30 minutes after the event occurred. We are also able to provide automatic alerts for what we call Unusual Traffic (or Irregularities) - incidents that affect a large number of users and fall outside the normal traffic patterns for a given day and time.

Unusual traffic (Irregularities)    ∧

> These are traffic jams identified by the system as irregular by taking into account historical speed data.

(*Waze Data Feed Specifications*, WAZE, https://support.google.com/waze/partners/answer/13458165)

- **Location-based Service**. Some features of the Service make use of detailed location and route information, for example in the form of GPS signals and other information sent by your mobile device on which the Waze application is installed and activated. These features cannot be provided without utilizing this technology. Please note, as described in detail in the Privacy Policy:

  - Waze uses your location and route information to create a detailed route history of all of your journeys made when using the Service. Waze uses this history to offer the Service to you, to improve the quality of the Service it offers to you and to all of its users, to improve the accuracy of its mapping and navigation data, and more as described in detail in the Privacy Policy. This history is associated with your account and username (if you have chosen to set up a username). This history is retained by Waze for a limited period of time and in accordance with the Privacy Policy.

17

(*Terms of Use*, WAZE, https://support.google.com/waze/answer/12373727)

## Information that is being collected

**We want you to understand the types of information we collect as you use our services**

Waze collects information to provide better services to all its users - from figuring out stuff like what's the best route, to more complex things like monitoring traffic so you know when to leave, and showing you relevant ads while using Waze. The information Waze collects, and how that information is used, depends on how you choose to use our services and how you manage your privacy controls.

- **Detailed location, travel and route information.** Location and route information is collected for example in the form of GPS signals (combined with a time-stamp), IP address and other information from sensors and receivers on or around your device, on which the Application is installed and/or activated. This location and route information is saved to a route history of all of the journeys you have made while using the Application. The types of location data we collect depends in part on your device and account settings. For example, depending on your selected device settings and/or your account settings we may collect information about your location and travel (or lack thereof) also while you are not using the app, in order to be able to tell you when to leave for planned or predicted drives, notify you about bad traffic in your area, provide you parking assistance, analyze how effective our ads are and more;

(*Waze Privacy Policy*, WAZE, https://support.google.com/waze/answer/12075406)

18

**How does Waze work?**  ⌃

By driving around with Waze open on your device, you share real-time information. Waze uses this information to calculate average speed, check for errors, improve road layout and learn road and turn direction. We understand that when you use our services, you're trusting us with your information. You can adjust your privacy settings at any time.

You can also help improve the map, by sending in reports to the community on traffic, accidents, police traps, blocked roads, weather conditions and much more. Waze analyzes this information to provide other Wazers with the most optimal route to their destination, 24 hours a day.

**Who is Waze designed for?**  ⌃

Waze is powered and used by drivers all over the world. Drivers connect to one another and work together to improve each other's driving experience. As a community-based traffic and navigation app, Waze was created as a social navigation tool for private cars, motorcycles and taxis. Because of that, we don't currently support navigating in lanes dedicated to public transportation, bicycles or trucks.

(*About Waze*, WAZE, https://support.google.com/waze/answer/6071177)

If Location Services is turned on, information about routing, traffic, and nearby points of interest will be used in an anonymous, aggregated form to improve Maps. You can disable this on your iOS, iPadOS, or visionOS device by going to Settings > Privacy & Security > Location Services > System Services and tapping to turn off Routing & Traffic.

19

Using Maps

When you use Maps, the following information is sent to Apple:

- Time of your request
- Device model and software version
- Input language
- Device location, if you have authorized Maps to access your location
- Boundaries of the map area visible on your device
- Interactions with Maps, including search terms and features you use, the places you view, and your interactions with notifications from Maps

Additionally, when you use Maps to make a navigation or directions request, details about your route are sent to Apple, including:

- Origin and current device location when you make the request and during your navigation session, if you have authorized Maps to access your location
- Destination
- Mode of transport, including whether you are connected to CarPlay
- A random identifier, which is created when you ask for directions and exists for the duration of your navigation session

(*Apple Maps & Privacy*, APPLE, https://www.apple.com/legal/privacy/data/en/apple-maps/)

20

While you navigate with Google Maps, Google collects data to help reflect the world in real time for everyone. Data, such as:

- GPS location
- Navigation details, such as the route you took
- Sensor data from your devices, such as the barometer

Google uses your data by itself or combined with others to make Maps better, such as:

- Improving navigation
- Suggesting faster alternate routes to save time
- Showing real-time updates, such as traffic ⬀ , disruptions, and weather conditions

Google starts collecting navigation data:

- **For turn-by-turn navigation:** Shortly after you tap Start △ .
- **For glanceable directions:** Shortly after you begin moving along your route while Maps is open.

(*How Navigation Data Makes Maps Better for Everyone*, GOOGLE, https://support.google.com/maps/answer/10565726)

21

> If you use Google Maps for mobile with GPS enabled on your phone, that's exactly what you can do. When you choose to enable Google Maps with My Location, your phone sends anonymous bits of data back to Google describing how fast you're moving. When we combine your speed with the speed of other phones on the road, across thousands of phones moving around a city at any given time, we can get a pretty good picture of live traffic conditions. We continuously combine this data and send it back to you for free in the Google Maps traffic layers. It takes almost zero effort on your part — just turn on Google Maps for mobile before starting your car — and the more people that participate, the better the resulting traffic reports get for everybody.

(*The Bright Side of Sitting in Traffic: Crowdsourcing Road Congestion Data*, GOOGLE (2009), https://googleblog.blogspot.com/2009/08/bright-side-of-sitting-in-traffic.html)

## How Waze calculates ETA

Your ETA is based on the average speed that Wazers are driving on a specific route. It also accounts for traffic conditions and irregular events that occur, like accidents or other hazards.

(*How Waze Calculates ETA*, WAZE, https://support.google.com/waze/answer/10048723)

22

| | |
|---|---|
| **[1.5]** to cause said map data to be transmitted from said cell phone to said computer such that a map based on said map data is displayed on said display and shows said self-determined location of said cell phone, said route and said traffic conditions along said route. | <br><br>(*Get Turn-by-Turn Directions with CarPlay*, APPLE, https://support.apple.com/guide/iphone/get-turn-by-turn-directions-iph215b053f6/ios) |



(*Google Maps Platform[:] Create Efficient and Optimized Routes*, GOOGLE, https://mapsplatform.google.com/maps-products/routes/)



(5 Ways to Use Google Maps on Apple CarPlay, GOOGLE, https://blog.google/products/maps/5-ways-use-google-maps-apple-carplay/)



(*How We Brought Waze to the Apple CarPlay Dashboard*, Waze, https://medium.com/waze/how-we-brought-waze-to-the-apple-carplay-dashboard-2fda4fed2f9d)



(*Waze[:] Get Real-Time Traffic Alerts from Fellow Drivers and Riders*, Waze, https://www.waze.com/waze/)

26



(*Waze Navigation & Live Traffic*, GOOGLE,
https://play.google.com/store/apps/details?id=com.waze&hl=en_US)



(*6 Updates to Waze to Help You Get Around Safely and Conveniently*, WAZE, https://blog.google/waze/6-updates-to-waze-to-help-you-get-around-safely-and-conveniently/)

28